# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced January 27, 2015

14-0851          IN RE KOOL SMILES DENTAL LITIGATION

Benevis, LLC f/k/a NCDR, LLC, et al.'s motion to stay, filed January 23, 2015, is granted.  All trial court proceedings in the cases listed in the Appendix of the Motion to Transfer are stayed until further order of the MDL Panel.